# UNITED STATES DISTRICT COURT
for the
Southern District of California

**FILED**
AUG 0 4 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Black LG Cellular Telephone,
Bearing IMEI 355790-08-283928-0

Case No. **17MJ2707**

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

located in the **Southern** District of **California**, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Section 841 and 846; 18 U.S.C. Section 924(c)(1) | Distribution of Controlled Substances and Possession of a Firearm in Furtherance of a Drug Trafficking Crime. |

The application is based on these facts:
See attached Affidavit of FBI Special Agent Ava A. Moran in Support of Search Warrant, which is incorporated herein by reference

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Ava A. Moran, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/4/17

*Judge's signature*

City and state: San Diego, California

Hon. Mitchell D. Dembin U.S. Magistrate Judge
*Printed name and title*